IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OMAR FISHER** | : | CIVIL ACTION |
| v. | : | |
| **THE UNITED STATES OF AMERICA** | : | NO. 08-cv-0429 |

## MEMORANDUM AND ORDER

Omar Fisher was convicted in this court in Criminal Action Number 05-cr-401-1 of violating federal law. These alleged violations of federal law occurred within the geographical confines of the state of Pennsylvania.

On January 28, 2008, Fisher filed in this court a document captioned as a "Commercial Law Notice UCC 1-201, (25) Petition for First Amendment Redress of Grievance invoking Jurisdiction: Petition to Dismiss Indictment and Illegal Conviction for Lack of Jurisdiction."[1] Fisher argues that violations of federal law cannot take place on land within the geographical confines of a state unless that state has transferred to the federal government ownership of, and sole jurisdiction over, the actual, physical land where the alleged crime occurred. This argument is nonsense.

Accordingly, this 2 Day of April, 2008, it is hereby **ORDERED** as follows.

1. 08-cv-0429 is re-characterized as a "Commercial Law Notice UCC 1-201, (25) Petition for First Amendment Redress of Grievance invoking Jurisdiction: Petition to Dismiss Indictment and Illegal Conviction for Lack of Jurisdiction."

2. 08-cv-0429 shall no longer be characterized in this court as a habeas corpus petition, and if Fisher desires to file a habeas corpus petition in the

---

[1] Despite what Fisher indicates in his filing of February 25, 2008, nowhere in the filing of January 28, 2008 does he request that that filing be characterized by this court as a case filed pursuant to Federal Rule of Civil Procedure 60(b).

1

future, he will have to do it by means of a new civil action.

3. 08-cv-0429 shall not be characterized in this court as a petition filed pursuant to Federal Rule of Civil Procedure 60(b), and if Fisher desires to file such a petition pursuant to Federal Rule of Civil Procedure 60(b) in the future, he will have to do it by means of a new civil action.

4. 08-cv-0429 is **DISMISSED WITH PREJUDICE** as frivolous.

5. The Clerk of this Court shall mark 08-cv-0429 as **CLOSED** for all purposes, including statistics.

_____
**LEGROME D. DAVIS, U.S. District Judge**